ant in error to said account, so far as concerns said note and interest. Costs to be assessed against defendant in error, and exceptions allowed.

FUNK, PJ, and WASHBURN, J, concur in judgment.

For full opinion see 49 Oh Ap 105.

## STAHL, EX PARTE

Ohio Appeals, 9th Dist, Summit Co

No 2578.   Decided Feb 15, 1935

## ANTONELLI v YOUNGSTOWN (city)

Ohio Appeals, 7th Dist, Mahoning Co

Decided Dec 21, 1934

O. H. Corvington, Akron, for petitioner.
George E. Bailey, Akron, contra.